O

# United States District Court
# Central District of California

| | |
|---|---|
| **IN RE COMMERCIAL SERVICES BUILDING INC.**<br><br>DOUGLAS PATRICK,<br>　　　　Appellant,<br>　　v.<br>KARL T. ANDERSON,<br>　　　　Appellee. | Case No. 8:16-CV-01260-ODW<br><br>**ORDER TO SHOW CAUSE RE PROSECUTION** |

///
///
///
///
///
///
///
///
///

On April 27, 2016, the Bankruptcy Court entered a judgment in favor of Karl Anderson. (ECF No. 1.) On July 7, 2016, Douglas Patrick filed a notice of appeal. (*Id.*) However, Patrick did not file all of the appellate documents necessary for the Court to conduct a review of the Bankruptcy Court's decision. (*See* ECF No. 6.) Therefore, Patrick is ordered to show cause by February 20, 2017, why the remaining appellate documents have not been filed with the Court. Patrick's failure to timely comply with this order will result in the dismissal of his appeal without further notice.

**IT IS SO ORDERED.**

February 7, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**